JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-04286-RGK-AFM | Date | June 10, 2020 |
|---|---|---|---|
| Title | *Steven Allison v. Thrifty Oil Co., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Dismissing Action for Failure to Respond to OSC**

On May 21, 2020, the Court issued an Order to Show Cause ordering Plaintiff to provide certain information regarding damages sought and whether Plaintiff or Counsel satisfy the definition of a "high-frequency litigant." In its Order, the Court warned that failure to timely or adequately respond to the OSC may, without further warning, result in the dismissal or the entire action without prejudice or result in the dismissal of Plaintiff's Unruh claim. The Court ordered Plaintiff to respond in writing no later than May 27, 2020.

To date, Plaintiff has not filed a response. Therefore, the Court hereby **dismisses without prejudice**, the action in its entirety.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____